IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SUSAN SMALL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No.: 1:21-cv-00386 |
| WAL-MART STORES EAST, LP, d/b/a WALMART SUPERCENTER, | ) ) ) ) |
| Defendant. | ) ) |

**NOTICE AND PETITION FOR REMOVAL**

COMES NOW Defendant, Wal-Mart Store East, LP, d/b/a Walmart Supercenter, by counsel, pursuant to Title 28, United States Code, Section 1446, and respectfully petitions the Court as follows:

1. On September 27, 2021, Plaintiff filed a civil action in the Allen Superior Court, Cause No. 02D09-2109-CT-000515, originally captioned *Susan Small v. Wal-Mart Stores East, LP, d/b/a Walmart Supercenter*.  Plaintiff's Complaint alleges generally that Susan Small sustained personal injuries at a Wal-Mart store on or about September 11, 2020, due to the negligence of the Defendant.

2. The Complaint and Summons were served on the Defendant on or about October 1, 2021.  A true and accurate copy of the Complaint and Summons are attached hereto as Exhibit "A" and "B" respectively.

3. The above-described action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332(a) and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441 in that jurisdiction of this action exists in this court by reason of diversity of citizenship. More specifically, the Plaintiff is a

3100547

resident and citizen of Sarasota County, Florida, and the Defendant, Wal-Mart Stores East, LP, is a Delaware Limited Partnership, of which WSE Management LLC, a Delaware Limited Liability Company, is the general partner, and WSE Investment, LLC, a Delaware Limited Liability Company, is the limited partner.  The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC, an Arkansas Limited Liability Holding Company with its principal place of business located in the State of Arkansas. Wal-Mart Stores, Inc. is the sole member of Wal-Mart Stores East, LLC.  Wal-Mart Stores, Inc. is a Delaware corporation with its principal place of business located in the State of Arkansas..

4. The Defendant has filed a Notice of Filing Petition for Removal contemporaneously herewith in the Allen Superior Court.

5. The amount in controversy in this case exceeds $75,000.

6. Copies of all pleadings and orders filed in the Allen Superior Court are attached as Exhibit "C".

WHEREFORE, Defendant prays that the action above now pending against it in the Allen Superior Court, be removed therefrom to this Court forthwith, and for all other just and proper relief in the premises.

Respectfully submitted,

BARRETT McNAGNY LLP

By: */s/Robert T. Keen, Jr.*
    Robert T. Keen, Jr., #5475-02
    215 E. Berry Street
    Fort Wayne, Indiana  46801-2263
    Telephone: (260) 423-9551
    Fax:  (260) 423-8920
    Email:  rtk@barrettlaw.com
    *Attorney for Defendant*

3100547

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this 14th day of October 2021, electronically filed the foregoing with the Clerk of the Court using the CM/ECF which sent notification of such filing to the following:

Brandon A. Yosha, Esq.
Yosha, Cook & Tisch
9102 N. Meridian Street, Ste. 535
Indianapolis, IN 46260
byosha@yoshalaw.com
*Attorney for Plaintiff*

                                                                                      */s/Robert T. Keen, Jr.*
                                                                                      Robert T. Keen, Jr.