IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SUSAN SMALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | Case No.: 1:21-cv-00386-HAB-SLC |
| ) | |
| WAL-MART STORES EAST, LP, d/b/a ) | |
| WAL-MART SUPERCENTER, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL**

The parties, by counsel, and pursuant to FRCP 41, hereby represent and show the Court that the above-captioned cause of action has been fully compromised and settled between the parties and the parties hereby stipulate to the Court's dismissal of the same with prejudice.

| | |
|---|---|
| */s/ Brandon A. Yosha* | */s/ Robert T. Keen, Jr.* |
| Brandon A. Yosha (#36138-29) | Robert T. Keen, Jr., (#5475-02) |
| Attorney for Plaintiff | Attorney for Defendant |
| YOSHA COOK & TISCH | BARRETT MCNAGNY, LLP |
| 9102 N. Meridian St., Ste. 535 | 215 East Berry Street |
| Indianapolis, Indiana 46260 | P.O. Box 2263 |
| P: (317) 334-9200 | Fort Wayne, IN 46801 |
| F: (317) 566-3578 | P: (260) 423-9551 |
| byosha@yoshalaw.com | F: (260) 423-8920 |
| | rtk@barrettlaw.com |

1